FRANK J. MANTELL, Appellant, v. SHELL OIL COMPANY et al., Respondents.— HERLIHY, J.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Herlihy, J.